B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Arrow Air, Inc.

Debtor(s)

Case No.
Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| St Aerospace Services Co PTE. Ltd.<br>8191 NW 12th Street<br>Miami, FL 33126 | St Aerospace Services Co PTE. Ltd.<br>8191 NW 12th Street<br>Miami, FL 33126 | Trade debt | | 774,456.45 |
| Miami Leasing, Inc.<br>291 NW 72 Ave<br>Miami, FL 33172 | Miami Leasing, Inc.<br>291 NW 72 Ave<br>Miami, FL 33172<br>305-778-8443 | Aircraft lease rent | | 520,395.67 |
| AMB Inst Alliance Fund III, L.P.<br>PO Box 6156<br>Hicksville, NY 11802-6156 | AMB Inst Alliance Fund III, L.P.<br>PO Box 6156<br>Hicksville, NY 11802-6156<br>952-924-4874 | Rent | | 451,252.34 |
| ANAC<br>Brasilia International Airport Department of Utilities, Lot 5<br>CEP 71608-900<br>Brazil | ANAC<br>Brasilia International Airport Department of Utilities, Lot 5<br>Brazil | Trade Deby | | 411,031.87 |
| Cargo Force<br>6705 Red Road, Suite 700<br>Coral Gables, FL 33143 | Cargo Force<br>6705 Red Road, Suite 700<br>Coral Gables, FL 33143<br>305-740-3252 | Trade debt | | 404,565.69 |
| Aero Miami II Llc<br>U.S.Bank Trust National Assoc.<br>Lockbox Serv.Cm9705<br>St.Paul, MN 55108 | Aero Miami II LLC<br>U.S.Bank Trust National Assoc.<br>Lockbox Serv.Cm9705<br>St.Paul, MN 55108<br>514-420-1132 | Rent | | 329,830.71 |
| Office Natl. De L'Aviation Civile<br>PO Box 1346<br>Port-Au-Prince<br>HAITI | Office Natl. De L'Aviation Civile<br>PO Box 1346<br>Port-Au-Prince<br>HAITI | Trade debt | | 291,302.88 |
| Tesoro Nacional Aerocivil - GOG<br>Avenida El Dorado #96-50<br>Santafe De Bogota<br>Colombia | Tesoro Nacional Aerocivil - GOG<br>Avenida El Dorado #96-50<br>Santafe De Bogota<br>Colombia | Trade Debt | | 240,984.25 |

B4 (Official Form 4) (12/07) - Cont.

In re  Arrow Air, Inc. _____     Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Awas Aviation Acquisitions Limited<br>Riverside One<br>Sir John Rogersons Quay<br>Dublin 2<br>IRELAND | Awas Aviation Acquisitions Limited<br>Riverside One<br>Sir John Rogersons Quay<br>IRELAND<br>353-1-635 5130 | Engine lease rent | | 234,781.27 |
| Aviation Brake Service, Inc.<br>7274 NW 34 St<br>Miami, FL 33122 | Aviation Brake Service, Inc.<br>7274 NW 34 St<br>Miami, FL 33122<br>305-594-4677 | Trade debt | | 172,509.51 |
| Miami Tech Line Maintenance<br>PO Box 520657<br>Miami, FL 33152 | Miami Tech Line Maintenance<br>PO Box 520657<br>Miami, FL 33152<br>305-871-3100 | Trade debt | | 165,430.31 |
| Rolls Royce Finance<br>PO Box 2006<br>Carolina, PR 00984 | Rolls Royce Finance<br>PO Box 2006<br>Carolina, PR 00984 | Engine lease rent | | 153,080.82 |
| Swissport Brasil Ltda.<br>Aeroporto Int'l Rio de Janeiro,<br>Av Vinte De Janeiro,s/nr,Terminal 1<br>Sector Azul-Sala1651A-Pista<br>CEP21941-970<br>Rio de JaneiroRJ, Brazil | Swissport Brasil Ltda.<br>Aeroporto Int'l Rio de Janeiro,<br>Av Vinte De Janeiro,s/nr,Terminal 1<br>Rio de JaneiroRJ, Brazil | Trade Debt | | 141,756.68 |
| Fuerza Aerea Argentina<br>PO Box 790047<br>St Louis, MO 63179-0047 | Fuerza Aerea Argentina<br>PO Box 790047<br>St Louis, MO 63179-0047 | Trade debt | | 134,484.28 |
| Unitpool,Uld<br>Steinackerstrasse 2<br>Ch-8302<br>Kloten<br>SWITZERLAND | Unitpool,Uld<br>Steinackerstrasse 2<br>Ch-8302<br>SWITZERLAND<br>41-43-255 4141 | Trade debt | | 130,557.68 |
| Servicio De Rantas Internas<br>Quito<br>ECUADOR | Servicio De Rantas Internas<br>Quito<br>ECUADOR | Trade Debt | | 121,925.34 |
| Aircraft 235 LLC<br>100 S.E. 2nd St., Suite 2220<br>Attn: Anthony La Forgia<br>Miami, FL 33131 | Anthony LaForgia<br>Aircraft 235 LLC<br>100 S.E. 2nd St., Suite 2220<br>Miami, FL 33131<br>305-995-5333 | Engine lease rent | | 85,192.30 |
| Primeair Holding Corp.<br>PO Box 526764<br>Miami, FL 33152 | Primeair Holding Corp.<br>PO Box 526764<br>Miami, FL 33152<br>305-592-2044 | Trade debt | | 79,782.03 |

B4 (Official Form 4) (12/07) - Cont.
In re   Arrow Air, Inc.
                         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ga Telesis Cr Group Southeast<br>5400 NW 35th Ave<br>Building 16<br>Ft. Lauderdale, FL 33309 | GA Telesis Cr Group Southeast<br>5400 NW 35th Ave<br>Building 16<br>Ft. Lauderdale, FL 33309<br>954-676-3111 | Trade debt | | 75,850.00 |
| Southeast Marine & Aviation<br>2333 Ponce De Leon Blvd.<br># R200<br>Coral Gables, FL 33134-5419 | Southeast Marine & Aviation<br>2333 Ponce De Leon Blvd.<br># R200<br>Coral Gables, FL 33134-5419 | Trade debt | | 58,975.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   June 30, 2010                         Signature   _/s/ Doug Yakola_
                                                         Doug Yakola
                                                         **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.