

**ORDERED in the Southern District of Florida on July 01, 2010.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | § | (Chapter 11) |
| | § | |
| ARROW AIR, INC., | § | Case number 10-28831-AJC |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY EX PARTE
MOTION FOR JOINT ADMINISTRATION**

THIS CAUSE came before the Court upon the Debtor's Emergency Ex Parte Motion for Joint Administration (the "Motion") [D.E. # 6] filed by Arrow Air, Inc. ("Arrow"). The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of Arrow and its affiliate, Arrow Air Holdings Corp. (collectively, the "Debtors"). The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2), 5005-1(G)(1)(a) and 9013-1(C)(14) the Court is authorized to grant

the Motion without a hearing; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

Therefore,

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted.

    2.    The above-captioned bankruptcy case is hereby to be jointly administered under Case No. 10-28831-AJC.

    3.    The style of these jointly administered cases shall be in the style set forth below:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | § | (Chapter 11) |
| | § | |
| ARROW AIR, INC. AND | § | Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP. | § | Case number 10-28834-AJC |
| | § | |
| | § | (Jointly Administered under |
| Debtors. | § | Case number 10-28831-AJC) |

    4.    One disclosure statement and a joint plan of reorganization may be (but is not required to be) filed for all of the above listed cases by any plan proponent.

    5.    Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

    6.    One consolidated docket, one creditor matrix, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

7.    Parties may request joint hearings on matters pending in any of the jointly administered cases.

# # #

**Submitted by:**
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340

Copies to:
Jordi Guso, Esq.
*(Attorney Guso is directed to mail a conformed copy of this Order, immediately upon receipt, to all parties in interest)*