UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                              Chapter 11

ARROW AIR, INC.                                      Case No.: 10-28831-AJC

_____Debtors._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 9th day of July, 2010.


Donald F. Walton
United States Trustee
Region 21


 /s/
Johanna P. Armengol
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
johanna.armengol@usdoj.gov

**EXHIBIT "A"**

*Jared Azcuy
Cargo Force
6705 Red Road, Suite 700
Coral Gables, FL 33143
Tele:  305-740-3252                                    EMAIL - jazcuy@cargoforceinc.com
Fax:  305-740-3212

Bob Caton, Vice President
AMB Cordina MIA Cargo Center, LLC
JFK International Airport
Building 77
Jamaica, NY 11430
Tele:  718-709-5611
Fax:  718-732-2949                                     EMAIL - rcaton@amb.com

Andres Posse, President
Aviation Brake Service, Inc.
7274 NW 34 St
Miami, FL 33122
Tele:  305-594-4677
Fax:  305-477-5799                                     EMAIL - andres@aviationbrake.com

Juan Carlos Mencio
LAN Airlines, S.A.
LAN Cargo S.A.
6500 NW 22 Street
Miami, FL 33122
Tele:  786-265-6091
Fax:  305-871-8736                                     EMAIL - jmencio@lan.com

Andreas Ernst
Unitpool Limited
Steinackerstrasse 3
Kloten, CH-8302
Switzerland
Tele:  +41-79-659-3276
Fax:  +41-43-255-4142                                  EMAIL - aernst@unitpool.com


* Indicates the temporary chairperson of the committee.

.

## SERVICE LIST

| | |
|---|---|
| Ronald T Bevans Jr | rtbevans@bevanslaw.com;jhuezo@bevanslaw.com |
| Robert G Fracasso Jr | rfracasso@shutts.com |
| Larry I Glick | lglick@shutts.com |
| Jordi Guso | jguso@bergersingerman.com;efile@bergersingerman.com; fsellers@bergersingerman.com |
| Andrea Horowitz Handel | andrea.handel@usdoj.gov |
| Miami-Dade County Tax Collector (Lugo) | mdtcbkc@miamidade.gov |
| Melinda S Thornton | cao.bkc@miamidade.gov |
| Jonathan C. Vair | jvair@stearnsweaver.com;cgraver@stearnsweaver.com; tcotter@stearnsweaver.com;rross@stearnsweaver.com; mmesones-mori@stearnsweaver.com |

Andrew O'Shea
Miami-Leasing, Inc.
487 Spring Street
Suite 200
Windsorlocks, CT 06096