

**ORDERED in the Southern District of Florida on July 22, 2010.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| ARROW AIR, INC. AND | Case No. 10-28831-BKC-AJC |
| ARROW AIR HOLDINGS CORP.[1] | Case No. 10-28834-BKC-AJC |
| Debtors. | (Jointly Administered under |
| _____/ | Case number 10-28831-AJC ) |

### ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS</u>

THIS CAUSE came before the Court upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Arrow Air, Inc. and Arrow Air Holdings Corp. (collectively, the "Debtors"), for the entry of an Order, pursuant to 11 U.S.C. § 327(a), authorizing the Committee to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. ("GJB") as its bankruptcy attorneys, and upon the Affidavit of Glenn D. Moses (the "Moses Affidavit"), a

---

[1] The last four digits of the taxpayer identification number for Arrow Air, Inc. is 9045 and Arrow Air Holdings Corp. is 0895. The Debtors' address is 1701 NW 63rd Avenue, Building 712, Miami, FL 33126.

10473-001/#65

shareholder in GJB; and it appearing to the Court that the representations made in the Application and the Moses Affidavit that said attorneys represent no interest adverse to the Debtors' estates, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that GJB's employment is necessary and would be in the best interests of the Debtors' estates, that all connections to the Debtors' estates have been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED;

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. as its counsel *nunc pro tunc* to July 14, 2010, when services where first rendered, to perform the services set forth in the Application.

3. Genovese Joblove & Battista, P.A. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Official Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copies to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]