**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | § (Chapter 11) |
| | § |
| ARROW AIR, INC. AND | § Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP. [1] | § Case number 10-28834-AJC |
| | § |
| | § (Jointly Administered under |
| Debtors. | § Case number 10-28831-AJC) |

## NOTICE OF NO AUCTION FOR THE SALE OF THE DEBTORS' BUSINESS

PLEASE TAKE NOTICE THAT, on August 9, 2010, pursuant to a motion filed by Arrow Air, Inc. and Arrow Air Holdings Corp. (collectively, the "Debtors"), the United States Bankruptcy Court for the Southern District of Florida, Miami Division, entered an order (the "Bid Procedures Order") establishing rules governing the solicitation and submission of proposals for the acquisition of the Debtors' business operations and related assets. Under the Bid Procedures Order, in the event that more than one satisfactory bid proposal was submitted, as determined in the sole discretion of the Debtors, the Debtors were to conduct an auction on August 25, 2010 at 10:00 a.m. prevailing eastern time (the "Auction") at the offices of Berger Singerman, 200 South Biscayne Boulevard, Suite 1000, Miami, Florida, 33131.

The Debtors have reviewed and considered the bid proposals submitted in response to the Bid Procedures. The Debtors have determined, based on their review and after consultation with MP Arrow III, LLC and the official committee of unsecured creditors, that none of the bid proposals conformed to the requirements outlined in the Bid Procedures Order. Therefore, the Debtors will not conduct the contemplated Auction.

Dated: August 24, 2010

| BERGER SINGERMAN | HAYNES AND BOONE, LLP |
|---|---|
| Paul Steven Singerman | Kenric D. Kattner |
| Florida Bar No. 378860 | Texas Bar No. 11108400 |
| Jordi Guso | Doug H. Edwards |
| Florida Bar No. 0863580 | Texas Bar No. 24039307 |
| 200 South Biscayne Boulevard, Suite 1000 | 1221 McKinney, Suite 2100 |
| Miami, Florida  33131 | Houston, Texas  77010 |
| Telephone (305) 755-9500 | Telephone (713) 547-2000 |
| Facsimile (305) 714-4340 | Facsimile (713) 236-5608 |

---

[1] The last four digits of the taxpayer identification number for Arrow Air, Inc. are 9045 and for Arrow Air Holdings Corp. are 0895. The Debtors' address is 7205 Corporate Center Drive, Suite 300, Miami, Florida  33126.

H-853933.1