

**ORDERED in the Southern District of Florida on September 08, 2010.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | (Chapter 11) |
| | § | |
| ARROW AIR, INC. AND | § | Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP.[1] | § | Case number 10-28834-AJC |
| | § | |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

### ORDER REOPENING BIDDING AND SETTING HEARING TO DETERMINE HIGHEST AND BEST OFFER

THIS CAUSE came before the Court for hearing on September 7, 2010 to approve the highest and best offer for the sale of the Debtors' stock. The Court requested the parties submit proposed orders, and the Court has reviewed the parties' submissions. Having considered the proposed orders by JW Acquisition, Inc. ("JWA") and Leader Jet International, the Court is not able to discern which bid is the highest and best bid for the corporate stock of the Debtors, due to

---

[1]    The last four digits of the taxpayer identification number for Arrow Air, Inc. are 9045 and for Arrow Air Holdings Corp. are 0895. The debtors' address is 7205 Corporate Center Drive, Suite 300, Miami, Florida 33126.

H-855948.4
3072159-1

ambiguities and differences in the bids, the terms and the representations of the parties regarding same. MP Arrow III did not bid in the initial auction and, therefore, does not have standing in connection with the determination of the highest and best bid.

Accordingly, the Court orders the bidding reopened and new bids to be taken in open court on Monday, September 13, 2010, at 2:00 PM, in Courtroom 1410, 51 SW First Ave., Miami, FL. The issue of best offer will be eliminated by requiring that both parties bid identical terms; and thus, the simple decision for the Court will be to approve the highest bid in United States Dollars, cash.

The Debtors shall identify the 757 parts inventory and exclude same from the bid so that said inventory may be sold separately at a later date.

JWA and Leader Jet shall agree on the terms of the bid by 9:00 AM on Monday, September 13, 2010. The Court is aware, and the parties should be aware, that the Debtors' operating certificates cannot be sold or transferred without the consent and approval of the United States. Additionally, any monetary portion of the bid committed to pay "business expenses after September 1" shall be placed in escrow.

If agreed "apples to apples" bid terms are submitted by that time, they shall be the bid terms used in the bidding at 2:00 PM. If the two qualified bidders cannot agree on the bid terms, then each may submit, by 9:00 AM, its own proposal of bid terms to the Court and the Court will consider same. The Court will thereupon decide and announce the bid terms at least one hour prior to conducting the bidding.

####

**Submitted by:**
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131

H-855948.4
3072159-1

Tel: (305) 755-9500
Fax: (305) 714-4340

Copies to:
Jordi Guso, Esq.
*(Attorney Guso is directed to mail a conformed copy of this Order, immediately on receipt, to all parties in interest)*

H-855948.4
3072159-1