

**ORDERED in the Southern District of Florida on September 22, 2010.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | § | (Chapter 11) |
| | § | |
| ARROW AIR, INC. AND | § | Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP.[1] | § | Case number 10-28834-AJC |
| | § | |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**ORDER GRANTING CERTAIN RELIEF RELATED TO THE ORDER REOPENING
BIDDING AND SETTING HEARING TO DETERMINE HIGHEST AND BEST OFFER**

THIS CAUSE came before the Court on September 15, 2010, at 2:30 p.m. (the "Hearing") on the Order Reopening Bidding and Setting Hearing to Determine Highest and Best Offer [D.E. No. 219] entered in these bankruptcy cases. The Court finds that proper and adequate notice of the hearing was given in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and orders of the Court, and no other or further notice is

---

[1] The last four digits of the taxpayer identification number for Arrow Air, Inc. are 9045 and for Arrow Air Holdings Corp. are 0895. The debtors' address is 7205 Corporate Center Drive, Suite 300, Miami, Florida 33126.

H-857711.1

necessary. Based on the law and facts contained in the pleadings, the parties' agreement, and the entire record in these bankruptcy cases, good and sufficient cause exists for the granting of the relief described herein.

Accordingly, the Debtors and Leader Jet International Airlines, Inc. ("Leader Jet") STIPULATE as follows:

A. On June 30, 2010, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division. The Debtors continue to manage their properties as debtors-in-possession under 11 U.S.C. §§ 1107(a) and 1108. The Debtors' bankruptcy cases are being jointly administered for administrative purposes.

B. Leader Jet International Airlines, Inc. ("Leader Jet") acknowledges that it owes the Debtors certain accounts receivable for charter and other services provided by the Debtors prepetition. In connection with Leader Jet's participation in the auction related to the sale of the Debtors' business, the Debtors and Leader Jet reached an agreement concerning payment of the claims between the parties, including the accounts receivable and corresponding setoffs. The Debtors and Leader Jet agree that the outstanding balance of such receivables (net of agreed to setoffs) is $815,000 (the "Net Receivable").

Based on the foregoing stipulation between the parties, it is ORDERED that:

1. The Debtors are authorized to apply the $500,000 deposit posted by Leader Jet in connection with the bid procedures order [D.E. 150] in partial satisfaction of the Net Receivable. Leader Jet shall pay the remaining $315,000 balance of the Net Receivable (the "Remaining Balance") in cash on or before September 20, 2010. Effective on the Debtors' receipt of the Remaining Balance, the Debtors and Leader Jet mutually release each other from any and all

H-857711.1

claims, causes of action, liabilities, or indebtedness, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or arising on or before the date of this order.

2. This order shall be effective immediately on execution, notwithstanding the possible application of any applicable law or procedural rule.

####

**Submitted by:**
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340

Copy to:
Jordi Guso, Esq.
(Attorney Guso is directed to mail a conformed copy of this order, immediately on receipt, to all parties in interest)

H-857711.1