UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Chapter 11

ARROW AIR, INC., and  Case No. 10-28831-AJC
ARROW AIR HOLDINGS CORP.,  Case No. 10-28834-AJC
 (Jointly Administered under
Debtors.  case no. 10-28831-AJC)
_____/

### AVIATION BRAKE SERVICES, INC. APPLICATION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM

AVIATION BRAKE SERVICES, INC. ("Aviation Brake"), by and through undersigned counsel, hereby files this Application to Allow Administrative Expense Claim pursuant to 11 U.S.C. § 503(b)(9)(the "Application"). In support of this Application, Aviation Brake states as follows:

### JURISDICTION, VENUE AND STATUTORY BASIS

1. The Court has jurisdiction to hear this Application under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (B).

3. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

4. On June 30, 2010 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the United States Code § 101, et seq. (the "Bankruptcy Code"), and their cases are being jointly administered.

5. The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. In conjunction with a long standing business relationship, Aviation Brake provided the Debtors with various goods and services. The nature of these goods and services were aircraft brakes and related services.

7. Pursuant to the ordinary course of their business relationship, Aviation Brake provided the Debtors with, inter alia, $107,935.00 worth of various aircraft brakes and related services ("Aircraft Brakes") within 20 days of the Petition Date. The invoices reflecting Debtors' purchase and receipt of these Aircraft Brakes are referenced in a summary attached hereto as Exhibit "A" and incorporated by reference.

8. As such, Aviation Brake is entitled to an administrative expense claim in the amount of $107,935.00.

## REQUESTED RELIEF

9. Bankruptcy Code § 503(b)(9) provides, in relevant part, that a creditor shall have an allowed administrative expense claim for "the value of any goods received by the debtor within 20 days before the date of commencement of a cause under this title in which the goods have been sold to the debtor in the ordinary course of the debtor's business."

10. Aviation Brake provided the Aircraft Brakes to the Debtors (for use by the Debtors in providing air cargo services) within 20 days of the Petition Date. By virtue of these goods being provided to the Debtors in the ordinary course of their business, Aviation Brake is entitled to an administrative expense claim for the full amount of the Aircraft Brakes.

WHEREFORE, pursuant to the above-cited statutory authority, Aviation Brake respectfully requests that the Court enter an order (i) determining the amount of, and allowing, Aviation Brake's Administrative Expense Claim, (ii) directing the Debtors to pay such allowed

claim within ten (10) days of the date of the Order granting this Application, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: October 8, 2010.

Respectfully submitted,

RICHARDS & ASSOCIATES
232 Andalusia Avenue, Suite 202
Coral Gables, Florida  33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
By:  /s/ Richard L. Richards
    RICHARD L. RICHARDS
    Florida Bar No. 9415
    rrichards@richpa.net
    *Counsel for Aviation Brake*

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By:  /s/ Richard L. Richards
      RICHARD L. RICHARDS