| R.O. No. | CUSTOMER | PART NUMBER | SERIAL NUMBER | OUT DATE | INVOICE | AMOUNT | |
|---|---|---|---|---|---|---|---|
| RO0049966 | ARROW AIR | 5000757-10 | S-JAN970740/S-JUN970846 | 4-Jun-10 | 01604 | $ | 2,025.00 |
| RO0050027 | ARROW AIR | 5000758-10R | FEB81-8987 | 4-Jun-10 | 01605 | $ | 11,940.00 |
| RO0050016 | ARROW AIR | 3-1428 | 8461/8461 | 4-Jun-10 | 01606 | $ | 1,480.00 |
| RO0050065 | ARROW AIR | 3-1428 | 2155/2155 | 4-Jun-10 | 01603 | $ | 1,480.00 |
| RO0050128 | ARROW AIR | 5000757-10 | JAN99-4621/JAN99-4621 | 9-Jun-10 | 01646 | $ | 2,025.00 |
| RO0050099 | ARROW AIR | 5000757-10 | OCT94-4051/OCT94-4051 | 10-Jun-10 | 01685 | $ | 2,025.00 |
| RO0050145 | ARROW AIR | 5000757-8 | JUL80-269/JUL80-269 | 10-Jun-10 | 01682 | $ | 2,025.00 |
| RO0050127 | ARROW AIR | 5000757-8 | JUN86-2363/S-OCT89-0251 | 10-Jun-10 | 01681 | $ | 2,025.00 |
| RO0050125 | ARROW AIR | 5000757-10 | JAN88-3044/S-AUG94-0327 | 14-Jun-10 | 01727 | $ | 2,025.00 |
| RO0050130 | ARROW AIR | 5000919-1 | APR75-605/APR75-605 | 14-Jun-10 | 01720 | $ | 1,465.00 |
| RO0050129 | ARROW AIR | 5000919-1 | FEB79-937/OCT85-1785 | 14-Jun-10 | 01723 | $ | 1,465.00 |
| RO0050131 | ARROW AIR | 3-1428 | 2409/2409 | 14-Jun-10 | 01724 | $ | 1,480.00 |
| RO0050124 | ARROW AIR | 5000757-10 | FEB87-2634/S-APR93-0118 | 14-Jun-10 | 01728 | $ | 2,025.00 |
| RO0050063 | ARROW AIR | 2-1457-2 | 6373 | 16-Jun-10 | 01751 | $ | 10,600.00 |
| RO0050161 | ARROW AIR | 3-1428 | 0331/0331 | 16-Jun-10 | 01749 | $ | 1,480.00 |
| RO0050150 | ARROW AIR | 5000758-10R | APR74-906 | 21-Jun-10 | 01799 | $ | 10,750.00 |
| RO0050160 | ARROW AIR | 5000919-1 | MAY77-702/MAY77-702 | 22-Jun-10 | 01814 | $ | 1,465.00 |
| RO0050159 | ARROW AIR | 5000919-1 | SEP79-1055/SEP79-1055 | 22-Jun-10 | 01815 | $ | 1,465.00 |
| RO0050185 | ARROW AIR | 3-1423-2 | 2803/2803 | 22-Jun-10 | 01817 | $ | 1,050.00 |
| RO0050181 | ARROW AIR | 3-1423-2 | 4482/4482 | 22-Jun-10 | 01816 | $ | 1,050.00 |
| RO0050123 | ARROW AIR | 5000757-10 | NOV87-2939/S-SEP94-0348 | 23-Jun-10 | 01830 | $ | 2,025.00 |
| RO0050122 | ARROW AIR | 5000757-6 | S-NOV93-0534/OCT81-1662 | 23-Jun-10 | 01832 | $ | 2,025.00 |
| RO0050180 | ARROW AIR | 3-1423-2 | 3374/3374 | 24-Jun-10 | 01844 | $ | 1,050.00 |
| RO0050188 | ARROW AIR | 5000757-8 | AUG88-3254/AUG88-3254 | 24-Jun-10 | 01842 | $ | 2,025.00 |
| RO0050189 | ARROW AIR | 5000757-10 | MAY81-823/S-SEP98-1098 | 24-Jun-10 | 01841 | $ | 2,025.00 |
| RO0050151 | ARROW AIR | 5000758-10R | SEP76-83 | 25-Jun-10 | 01873 | $ | 11,940.00 |

| R.O. No. | CUSTOMER | PART NUMBER | SERIAL NUMBER | OUT DATE | INVOICE | AMOUNT |
|---|---|---|---|---|---|---|
| RO0050018 | ARROW AIR | 2-1457-1 | 0885 | 29-Jun-10 | 01903 | $ 10,600.00 |
| RO0050064 | ARROW AIR | 3-1428 | 550/550 | 29-Jun-10 | 01906 | $ 1,480.00 |
| RO0050126 | ARROW AIR | 3-1428 | 9657/9657 | 29-Jun-10 | 01905 | $ 1,480.00 |
| RO0050222 | ARROW AIR | 5000758-10R | S-NOV98-0228 | 29-Jun-10 | 01904 | $ 11,940.00 |
| | | | TOTAL | | | $ 107,935.00 |