

**ORDERED in the Southern District of Florida on November 09, 2010.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | (Chapter 11) |
| | § | |
| ARROW AIR, INC. AND | § | Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP.[1] | § | Case number 10-28834-AJC |
| | § | |
| | § | (Jointly Administered under |
| Debtors. | § | Case number 10-28831-AJC) |

### ORDER RESERVING RULING ON AVIATION BRAKE SERVICES, INC.'S APPLICATION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM

THIS CAUSE came before the Court on November 2, 2010 at 2:30 p.m. on Aviation Brake Services, Inc.'s ("ABSI") Application to Allow Administrative Expense Claim (DE No. 273) (the "Application") seeking allowance of an administrative expense claim under 11 U.S.C. § 503(b)(9) and the Debtor's Objection to Aviation Brake Services, Inc.'s Application to Allow Administrative Expense Claim [DE 322] (the "Objection") filed Arrow Air, Inc. and Arrow Air Holdings Corp. (collectively, the "Debtors"). The Court having been advised of the parties

---

[1] The last four digits of the taxpayer identification number for Arrow Air, Inc. are 9045 and for Arrow Air Holdings Corp. are 0895. The debtors' address is 7205 Corporate Center Drive, Suite 300, Miami, Florida 33126.

3216871-1

intent to submit cross motions for summary judgment, and the Court being otherwise fully advised in the premises hereby

ORDERS as follows:

1. The Court shall defer ruling on the Application and the Objection. ABSI and the Debtors are directed to submit cross motions for summary judgment on or before November 23, 2010.

2. The Court reserves the right to schedule a further hearing to consider oral argument on the motions for summary judgment.

3. This Court retains jurisdiction for the purposes of interpreting and enforcing this Order.

####

**Submitted by:**
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Ste. 1000
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340
jguso@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso is directed to mail a conformed copy of this Order, immediately upon receipt, to all parties in interest)*