UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                         CASE NO.: 10-28831-AJC
ARROW AIR, INC.,
        Debtor.                                              CHAPTER 11
_____/

**FOREVER BLOSSOMS' MOTION FOR ORDER DEEMING**
**<u>PROOF OF CLAIM NO. 259 TIMELY FILED</u>**

        Exotic Blooms, Corp. d/b/a Forever Blossoms ("Forever Blossoms"), moves for entry of an Order deeming its unsecured proof of claim no. 259 in the amount of $300,000 filed November 9, 2010 timely filed for cause under Federal Rule of Bankruptcy Procedure 9006(b)(1) and states:

    1.    November 2, 2010 was the proof of claim deadline.

    2.    Prepetition, on December 3, 2009, Forever Blossoms advanced $300,000 to the Debtor (evidence of this advance is attached to the proof of claim).

    3.    A review of the Debtor's Amended Schedules (DE#269) filed October 8, 2010, shows that the Debtor did not list Forever Blossoms as a creditor or otherwise provide it with notice of the commencement of this case or the bar deadline.

    4.    Forever Blossoms recently found out about the bankruptcy case. Since that time, it promptly filed its proof of claim no.: 259 on November 9, 2010, seven days after the bar deadline.

    5.    Federal Rule of Bankruptcy Procedure 9006(b)(1) allows the Court to deem a proof of claim timely filed for cause, which includes failure to provide formal notice of commencement of the case or bar deadline to the creditor.

2

6.      The undersigned is filing this motion before contacting counsel for the Debtor but will do so before any scheduled hearing to determine whether the Debtor will consent the requested relief.

**WHEREFORE** Forever Blossoms moves for entry of an Order deeming its unsecured proof of claim no. 259 for $300,000 timely filed.

**I CERTIFY** that a copy of the foregoing was served upon all Registered Users via the Court's Notice of Electronic Filing as indicated on the Service List below and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 on November 10, 2010.

Law Offices of Brandy Gonzalez-Abreu, PA
Counsel for Forever Blossoms
7385 SW 87th Avenue, Suite 100
Miami, FL 33173
PH:  305.441.9530
FX:  305.595.5086
bgabreu@abreulaw.org
By:/s/ Brandy Gonzalez-Abreu
    Brandy Gonzalez-Abreu, Esq.
    FBN: 017685

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Thomas P Abbott**     tabbott@miami-airport.com
- **Jeffrey Bast**     jbast@bastamron.com, jdepina@bastamron.com;dquick@bastamron.com
- **Becket and Lee LLP**     notices@becket-lee.com
- **Lane E Begy**     lbegy@whitecase.com
- **Eyal Berger**     eyal.berger@akerman.com, jeanette.martinez@akerman.com
- **Ronald T Bevans Jr**     rtbevans@bevanslaw.com, jhuezo@bevanslaw.com
- **Bruce M. Boiko**     bboiko@shutts.com, etorres@shutts.com
- **David C. Cimo**     dcimo@gjb-law.com, gjbecf@gjb-law.com
- **Stephen P. Drobny**     sdrobny@shutts.com, mvandenbosch@shutts.com
- **Robert G Fracasso Jr**     rfracasso@shutts.com
- **Larry I Glick**     lglick@shutts.com
- **Steven G Goerke**     sgoerke@mcraelawfirm.com
- **Jordi Guso**     jguso@bergersingerman.com, efile@bergersingerman.com;fsellers@bergersingerman.com
- **Andrea Horowitz Handel**     andrea.handel@usdoj.gov
- **Harris J. Koroglu**     hkoroglu@shutts.com, jgoodwin@shutts.com
- **Corali Lopez-Castro**     clc@kttlaw.com, rcp@kttlaw.com
- **Kourtney Lyda**     , johnsonj@haynesboone.com
- **Marilee A Mark**     mmark@gjb-law.com, gjbecf@gjb-law.com
- **Miami-Dade County Tax Collector (Lugo)**     mdtcbkc@miamidade.gov
- **Glenn D Moses**     gmoses@gjb-law.com, gjbecf@gjb-law.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Coralee G Penabad**     cpenabad@h-plegal.com, vgarrigo@h-plegal.com;ahellinger@h-plegal.com
- **Gonzalo Perez, Jr**     gplaw1@bellsouth.net
- **Richard L Richards**     rrichards@richpa.net
- **Luis Salazar**     luis.salazar@izhmlaw.com, karina.dominguez@izhmlaw.com;marilyn.rivera@izhmlaw.com;ricardo.arce@izhmlaw.com;linda.jackson@izhmlaw.com
- **Paul Steven Singerman**     singerman@bergersingerman.com, efile@bergersingerman.com
- **Melinda S Thornton**     cao.bkc@miamidade.gov
- **Charles W Throckmorton**     cwt@kttlaw.com, lf@kttlaw.com;la@kttlaw.com
- **Jonathan C. Vair**     jvair@stearnsweaver.com, cgraver@stearnsweaver.com;jmartinez@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- **Laura J. Varela**     lvarela@phillipslawyers.com
- **George L. Zinkler**     gzinkler.ecf@rprslaw.com