UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Chapter 11

ARROW AIR, INC., and
ARROW AIR HOLDINGS CORP.,

Debtors.
_____/

Case No. 10-28831-AJC
Case No. 10-28834-AJC
(Jointly Administered under
case no. 10-28831-AJC)

## SUPPLEMENTAL AFFIDAVIT OF ANDRES POSSE IN SUPPORT OF AVIATION BRAKE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA     )
                     ):ss
COUNTY OF MIAMI-DADE )

BEFORE ME, this day personally appeared Andres Posse who, after first being duly cautioned under oath, deposes and says the following is true and correct:

1. I am over the age of twenty-one (21).

2. I am the President of Aviation Brake Services, Inc. ("ABS").

3. ABS provides aircraft brake assemblies, aircraft wheels, and aircraft wheel assemblies ("Aircraft Parts") to its customers.

4. One of ABS's customers was Arrow Air, Inc. ("Arrow Air").

5. ABS provided Arrow Air certain Aircraft Parts in the 20 days prior to Arrow Air filing for bankruptcy protection as set forth in the summary spreadsheet previously provided.

6. As a supplement, attached is a breakdown showing the amounts for each part referenced on the summary spreadsheet previously provided.

FURTHER AFFIANT SAYETH NOT.

_____
ANDRES POSSE

The foregoing instrument was acknowledged before me this 21 day of December, 2010 by Andres Posse, who is personally known to me or has produced identification Driver License and who did take an oath.

_____
Notary Public, State of Florida at Large

My Commission Expires: 07/22/14



ROBERTO MALDONADO
Notary Public - State of Florida
My Comm. Expires Jul 22, 2014
Commission # DD 997625

| PART NUMBER | DESCRIPTION | INVOICES |
|---|---|---|
| 5000757-X | MLGW DC-10 | 01685 |
| | | 01682 |
| | | 01681 |
| | | 01727 |
| | | 01728 |
| | | 01830 |
| | | 01832 |
| | | 01842 |
| | | 01841 |
| 5000919-X | NLGW DC-10 | 01720 |
| | | 01723 |
| | | 01814 |
| | | 01815 |
| 5000758-10R | BRAKE DC-10 NO DISK | 01799 |
| 5000758-10R | BRAKE DC-10 WITH DISK | 01873 |
| | | 01904 |
| 3-1428 | MLGW B757 | 01724 |
| | | 01749 |
| | | 01906 |
| | | 01905 |
| 3-1423-2 | NLGW B757 | 01817 |
| | | 01816 |
| | | 01844 |
| 2-1457-X | BRAKE B757 | 01751 |
| | | 01903 |

## MLGW DC-10 P/N 5000757-X

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE |
|---|---|---|---|---|---|
| **STANDARD** | 5000699 | ID PLATE | NE | 1 | $ 18.11 |
| | 5000908 | O RING | NE | 1 | $ 54.38 |
| | 5003814 | CLIP RET | NE | 1 | $ 42.79 |
| | 9536196 | PACKING | NE | 3 | $ 4.24 |
| | NAS1149F0363P | WASHER | NE | 14 | $ 1.05 |
| | NAS1149F0532P | WASHER | NE | 11 | $ 7.84 |
| | 22FT-1032 | NUT | NE | 14 | $ 6.65 |
| | MS28778-8 | PACKING | NE | 1 | $ 0.59 |
| | RG6 | GROMMET | NE | 1 | $ 1.85 |
| | TRJ781-03 (C2 / VC9) | VALVE | NE | 1 | $ 25.00 |
| | | | | | $ 162.49 |
| **BEARINGS** | LM229147C | BEARING | NE | 0.1 | $ 28.43 |
| | M229349 | BEARING | NE | 0.1 | $ 65.27 |
| | LM229110 | CUP | NE | 0.1 | $ 21.72 |
| | M229310 | CUP | NE | 0.1 | $ 39.51 |
| | | | | | $ 154.93 |
| **OTHERS** | MS21250-12062 | BOLT | NE | 0.5 | $ 17.40 |
| | 42FLW1216 | NUT | NE | 0.25 | $ 9.10 |
| | GWA182-12 | WASHER | NE | 0.1 | $ 2.66 |
| | 5011170 | ROTOR KEY | NE | 0.1 | $ 39.84 |
| | 5005358 | HEAT SHIELD | NE | 0.1 | $ 32.68 |
| | BUSHING | BUSHING | NE | 0.1 | $ 44.28 |
| | | | | | $ 145.95 |
| | CONSUMABLES | | | | $ 463.37 |
| | TIRE SUP | 52 X 20.5-23 | XX | 1 | $ 1,125.91 |
| **WORKMSHP** | TOTAL PARTS | | | | $ 1,589.28 |
| | LABOR | | | | $ 435.00 |
| | TOTAL | | | | $ 2,024.28 |

## NLGW DC-10 P/N 5000919-X

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE |
|---|---|---|---|---|---|
| **STANDARD** | 5000699 | ID PLATE | NE | 1 | $ 8.31 |
| | 5000920 | O RING | NE | 1 | $ 31.51 |
| | 5008120 | PLUG | NE | 0.1 | $ 61.49 |
| | 9520998 | RING | NE | 1 | $ 55.75 |
| | MS28778-8 | PACKING | NE | 1 | $ 0.59 |
| | NAS1149F0363P | WASHER | NE | 6 | $ 0.45 |
| | 5001740 | ID PLATE | NE | 0.5 | $ 13.11 |
| | 22FT-1032 | SCREW | NE | 6 | $ 2.85 |
| | RG6 | GROMMET | NE | 1 | $ 1.85 |
| | TRJ781-03 | VALVE | NE | 1 | $ 25.00 |
| | (C2 / VC9) | | | | $ 200.91 |
| **BEARINGS** | 68462 | BEARING | NE | 0.4 | $ 46.06 |
| | *48190 | BEARING | NE | 0.4 | $ 40.91 |
| | 68712 | CUP | NE | 0.13 | $ 19.56 |
| | *48120 | CUP | NE | 0.13 | $ 16.77 |
| | | | | | $ 123.30 |
| **OTHERS** | MS21250-09048 | BOLT | NE | 0.25 | $ 5.63 |
| | GYN189 | NUT | NE | 0.25 | $ 17.93 |
| | GWA182-9 | WASHER | NE | 0.25 | $ 2.48 |
| | *BUSHING | BUSHING | NE | 0.15 | $ 68.44 |
| | | | | | $ 94.48 |
| | CONSUMABLES | | | | $ 418.69 |
| | TIRE SUP | 40 X 15.5-16 | XX | 1 | $ 689.08 |
| | TOTAL PARTS | | | | $ 1,107.77 |
| | LABOR | | | | $ 355.00 |
| | TOTAL | | | | $ 1,462.77 |

## BRAKE DC-10 P/N 5000758-10R NO DISK

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE | |
|---|---|---|---|---|---|---|
| STANDARD | 5000839 | PIN | NE | 0.25 | $ | 30.13 |
| | 5000858 | PACKING | NE | 8 | $ | 63.26 |
| | 5000860 | PACKING | NE | 8 | $ | 62.02 |
| | 5006362 | WEAR PIN | NE | 2 | $ | 9.02 |
| | 5006377 | TUBE ADJ. | NE | 8 | $ | 94.85 |
| | 9526175 | PACKING | NE | 2 | $ | 9.72 |
| | 9526177 | PACKING | NE | 4 | $ | 31.68 |
| | 9534663 | PACKING | NE | 2 | $ | 6.89 |
| | 9535609 | PACKING | NE | 2 | $ | 8.57 |
| | MS28775-220 | PACKING | NE | 8 | $ | 7.49 |
| | MS35266-60 | SCREW | NE | 2 | $ | 1.13 |
| | 511846-4 | PACKING | NE | 2 | $ | 1.66 |
| | AN814-4DL | PLUG | NE | 2 | $ | 7.20 |
| | AN814-6DL | PLUG | NE | 2 | $ | 7.20 |
| | AN814-8DL | PLUG | NE | 2 | $ | 11.52 |
| | 5001515 | WASHER | NE | 42 | $ | 35.78 |
| | | | | | $ | 388.11 |
| LININGS | 5000844 | LINING | NE | 28 | $ | 2,010.19 |
| | 5006405 | LINING | NE | 56 | $ | 4,618.50 |
| | 5001401 | LINING | NE | 96 | $ | 1,139.28 |
| | 5003608 | LINING | NE | 96 | $ | 1,589.35 |
| | GY18A22 | RIVET | NE | 48 | $ | 85.16 |
| | GY18A23 | RIVET | NE | 96 | $ | 137.62 |
| | GY18B13 | RIVET | NE | 48 | $ | 98.14 |
| | GY18B9 | RIVET | NE | 42 | $ | 49.35 |
| | GYR8B13 | RIVET | NE | 48 | $ | 106.60 |
| | | | | | $ | 9,834.19 |
| ROTORS | 5001803 | DISK | NE | 0 | $ | - |
| | 5004143 | DISK | NE | 0 | $ | - |
| | | | | | $ | - |
| | TOTAL PARTS | | | 1 | $ | 10,222.30 |
| | LABOR | | | | $ | 415.00 |
| | TOTAL | | | | $ | 10,637.30 |

## BRAKE DC-10 P/N 5000758-10R WITH DISK

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE | |
|---|---|---|---|---|---|---|
| **STANDARD** | 5000839 | PIN | NE | 0.25 | $ | 30.13 |
| | 5000858 | PACKING | NE | 8 | $ | 63.26 |
| | 5000860 | PACKING | NE | 8 | $ | 62.02 |
| | 5006362 | WEAR PIN | NE | 2 | $ | 9.02 |
| | 5006377 | TUBE ADJ. | NE | 8 | $ | 94.85 |
| | 9526175 | PACKING | NE | 2 | $ | 9.72 |
| | 9526177 | PACKING | NE | 4 | $ | 31.68 |
| | 9534663 | PACKING | NE | 2 | $ | 6.89 |
| | 9535609 | PACKING | NE | 2 | $ | 8.57 |
| | MS28775-220 | PACKING | NE | 8 | $ | 7.49 |
| | MS35266-60 | SCREW | NE | 2 | $ | 1.13 |
| | 511846-4 | PACKING | NE | 2 | $ | 1.66 |
| | AN814-4DL | PLUG | NE | 2 | $ | 7.20 |
| | AN814-6DL | PLUG | NE | 2 | $ | 7.20 |
| | AN814-8DL | PLUG | NE | 2 | $ | 11.52 |
| | 5001515 | WASHER | NE | 42 | $ | 35.78 |
| | | | | | $ | 388.11 |
| **LININGS** | 5000844 | LINING | NE | 28 | $ | 2,010.19 |
| | 5006405 | LINING | NE | 56 | $ | 4,618.50 |
| | 5001401 | LINING | NE | 96 | $ | 1,139.28 |
| | 5003608 | LINING | NE | 96 | $ | 1,589.35 |
| | GY18A22 | RIVET | NE | 48 | $ | 85.16 |
| | GY18A23 | RIVET | NE | 96 | $ | 137.62 |
| | GY18B13 | RIVET | NE | 48 | $ | 98.14 |
| | GY18B9 | RIVET | NE | 42 | $ | 49.35 |
| | GYR8B13 | RIVET | NE | 48 | $ | 106.60 |
| | | | | | $ | 9,834.19 |
| **ROTORS** | 5001803 | DISK | NE | 1 | $ | 1,351.25 |
| | 5004143 | ROTOR | NE | 0 | $ | - |
| | | | | | $ | 1,351.25 |
| | PARTS | | | 1 | $ | 11,573.55 |
| | LABOR | | | | $ | 415.00 |
| | TOTAL | | | | $ | 11,988.55 |

## MLGW B757 P/N 3-1428

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE |
|---|---|---|---|---|---|
| **STANDARD** | 68-185 | O RING | NE | 1 | $ 32.63 |
| | 68-450 | PACKING | NE | 4 | $ 8.30 |
| | TR-RG6 | PACKING | NE | 1 | $ 4.14 |
| | 68-269 | PACKING | NE | 1 | $ 2.15 |
| | TR756-03 | VALVE | NE | 1 | $ 68.31 |
| | | | | | $ 115.53 |
| **BEARINGS** | LM718947 | BEARING | NE | 0.3 | $ 83.62 |
| | * 594 | BEARING | NE | 0.3 | $ 19.14 |
| | 592XS | CUP | NE | 0.3 | $ 40.57 |
| | * LM718910 | CUP | NE | 0.3 | $ 60.29 |
| | | | | | $ 124.19 |
| **OTHERS** | 43-1276 | BOLT | NE | 1 | $ 50.68 |
| | 63-495 | NUT | NE | 1 | $ 35.10 |
| | 80-702 | WASHER | NE | 1 | $ 10.76 |
| | * 170-204 | R.KEY | NE | 2 | $ 111.72 |
| | * 72-270 | HEAT SHIELD | NE | 2 | $ 91.25 |
| | * | | | | $ 96.54 |
| | CONSUMABLES | | | | $ 336.26 |
| | TIRE SUP | H40 X 14.5-19 | | 1 | $ 696.78 |
| | TOTAL PARTS | | | | $ 1,033.03 |
| | LABOR | | | | $ 435.00 |
| | TOTAL | | | | $ 1,468.03 |

## NLGW B757 P/N 3-1423-2

| | PART NUMBER | DESCRIPTION | COND. | QTY. | | PRICE |
|---|---|---|---|---|---|---|
| STANDARD | 68-559 | O RING | NE | 1 | $ | 18.27 |
| | NAS1611-112 | PACKING | NE | 2 | $ | 16.28 |
| | 68-269 | PACKING | NE | 1 | $ | 2.24 |
| | MS21042-3 | NUT | NE | 2 | $ | 5.80 |
| | AN960-10L | WASHER | NE | 2 | $ | 1.25 |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | 43.82 |
| BEARINGS | 29685 | BEARING | NE | 0.3 | $ | 18.55 |
| | 27684 | BEARING | NE | 0.3 | $ | 40.73 |
| | 29620 | CUP | NE | 0.3 | $ | 23.76 |
| | 27620 | CUP | NE | 0.3 | $ | 31.30 |
| | | | | | $ | 114.34 |
| OTHERS | 49-279 | PLUG | XX | 0.05 | $ | 24.37 |
| | 85-574 | RING | XX | 0.3 | $ | 19.71 |
| | 85-573 | RING | XX | 0.3 | $ | 19.71 |
| | 68-1113 | SEAL | XX | 0.3 | $ | 28.83 |
| | 68-1112 | SEAL | XX | 0.3 | $ | 31.46 |
| | | | | | $ | - |
| | | | | | $ | 124.08 |
| | CONSUMABLES | | | | $ | 282.23 |
| | TIRE SUP | H31 X 13.0-12 | XXX | 1 | $ | 412.50 |
| WORKMSHP | TOTAL PARTS | | | | $ | 694.73 |
| | LABOR | | | | $ | 355.00 |
| | TOTAL | | | | $ | 1,049.73 |

## BRAKE B757 P/N 2-1457-X

| | PART NUMBER | DESCRIPTION | COND. | QTY. | PRICE |
|---|---|---|---|---|---|
| STANDARD | 53-224 | RETAINER | NE | 2 | $ 19.25 |
| | 53-227 | CLIP | NE | 6 | $ 28.28 |
| | 45-192 | TUB ADJ | NE | 6 | $ 76.06 |
| | 20-520 | WEAR PIN | NE | 2 | $ 17.10 |
| | 68-1523 | PACKING | NE | 6 | $ 23.10 |
| | 68-1119 | PACKING | NE | 1 | $ 26.94 |
| | 68-1120 | PACKING | NE | 1 | $ 26.94 |
| | 68-1125 | PACKING | NE | 1 | $ 5.15 |
| | 68-1520 | PACKING | NE | 6 | $ 37.05 |
| | 68-269 | PACKING | NE | 1 | $ 2.15 |
| | 68-404 | PACKING | NE | 1 | $ 2.10 |
| | 89-13 | ID PLATE | NE | 2 | $ 15.08 |
| | NAS1611-211 | RING | NE | 1 | $ 0.30 |
| | | | | | $ 279.49 |
| LININGS | 342-116-1 | LINING | NE | 52 | $ 3,525.21 |
| | 342-117-1 | LINING | NE | 26 | $ 1,611.91 |
| | 342-118-1 | LINING | NE | 26 | $ 1,895.96 |
| | 78-123 | RIVET | NE | 26 | $ 30.20 |
| | 78-129 | RIVET | NE | 39 | $ 45.30 |
| | | | | | $ 7,108.58 |
| ROTORS | 134-305-1 | ROTOR | NE | 1 | $ 1,453.43 |
| | 134-242 | ROTOR | NE | 1 | $ 1,362.18 |
| | | | | | $ 2,815.60 |
| | TOTAL PARTS | | | | $ 10,203.66 |
| | LABOR | | | 1 | $ 415.00 |
| | TOTAL | | | | $ 10,618.66 |